# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANDREW CAMPBELL,**

      **Plaintiff,**

**v.**                                           Case No:   6:17-cv-2055-Orl-31GJK

**SYNCHRONY BANK,**

      **Defendant.**

## ORDER

Upon consideration of the Joint Motion to Stay Pending Arbitration (Doc. 18), it is

**ORDERED** that the Motion is GRANTED.   This case is STAYED pending arbitration before the AAA.   The parties shall submit a status report by June 12, 2018 and every 90 days thereafter until this matter is concluded.   The Clerk is directed to administratively close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 13, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party